No. 864. JAMES WILLOS *v.* STATE OF OREGON. Error to the Supreme Court of the State of Oregon. Argued April

27, 1927. Decided May 16, 1927. *Per Curiam.* Dismissed for lack of a federal question on the authority of *Kelley* v. *Oregon*, 273 U. S. 589. *Mr. Thomas Mannix* was on the brief for plaintiff in error. *Mr. John H. Carson* for the State of Oregon.